UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAREY KEETON SMITH, JR.,

        Plaintiff,

    v.

DANIEL PARAMO, et al.,

        Defendants.

Case No.  13-cv-04013-JST (PR)

**ORDER OF TRANSFER**

       Plaintiff Carey Keeton Smith, a state prisoner currently incarcerated at the R. J. Donovan Correctional Facility ("RJD") in San Diego, California, has filed a a civil rights action under 42 U.S.C. § 1983, complaining of his treatment by staff at RJD.

       The acts complained of in this action occurred at RJD, which is located in San Diego County in the Southern District of California.  Venue, therefore, properly lies in the Southern District and not in this one.  See 28 U.S.C. § 1391(b).

       Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Southern District of California.  The Clerk shall transfer this matter and terminate all pending motions as moot.

       **IT IS SO ORDERED.**

Dated:  October 10, 2013

_____

JON S. TIGAR
United States District Judge